No. 5,505.—STATE EX REL. GALASSO, RELATOR, *v.* DIS-
TRICT COURT ET AL., RESPONDENTS.

Original application for writ of supervisory control to annul
an order of the District Court of Silver Bow County transfer-
ring the cause of *M. S. Galasso* v. *Marinsdale Livestock Co.
et al.* to the District Court of Meagher County for trial.

Decided March 14, 1924.

PER CURIAM.—Relator's application for writ of super-
visory control is denied.

*Mr. C. A. Spaulding, Mr. N. A. Rotering* and *A. C. McDaniel,*
for Relator.

———

No. 5,501.—KALARA KASUN, RESPONDENT, *v.* IVAN
POLICH, APPELLANT.

*Appeal from District Court, Cascade County; H. H. Ewing,
Judge.*

Decided March 22, 1924.

PER CURIAM.—The motion of respondent to dismiss the
appeal from the order of the trial court made on October 20,
1923, denying appellant's motion to dismiss the action because
of respondent's failure to have the judgment therein entered
for more than six months after rendition, for the reason that
more than sixty days had elapsed before the attempted appeal
was taken, is granted and the appeal dismissed.

*Mr. F. A. Ewald,* for Appellant.

*Mr. W. P. Costello,* for Respondent.